UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| MARIANO ALVAREZ | § | |
| --- | --- | --- |
| | § | |
| | § | CIVIL ACTION NO. 7:15-CV-280 |
| VS. | § | |
| | § | CRIM. ACTION NO. 7:07-CR-144-1 |
| UNITED STATES OF AMERICA | § | |

**ORDER**

Movant, a federal prisoner proceeding pro se, initiated this action by filing a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Docket No. 1.) After a preliminary review of the motion to vacate, the Court directs Respondent United States to file an answer or other response in compliance with Rule 5 of the Rules Governing § 2255 Proceedings on or before December 11, 2015.

Because notices will only be sent to the address on file, Movant is obligated to keep the Clerk advised in writing of his current address and to file promptly a change of address when necessary. Failure to do so may be interpreted as failure to prosecute and may result in the dismissal of this case.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE at McAllen, Texas on September 24, 2015.

_____
Peter E. Ormsby
United States Magistrate Judge