United States District Court
Southern District of Texas
FILED

DEC 1 5 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIANO ALVAREZ,<br>  Petitioner, | § § § | |
| v. | § § | Case No. 7:15-CV-00280 |
| UNITED STATES OF AMERICA,<br>  Respondent | § § § | Case No. 7:07-CR-00144-1 |

## ORDER

It is hereby ORDERED that the United States' Motion for Forty-Five (45)-Day Extension of Time to File its Response is GRANTED.

SIGNED this _15th_ day of _December_ 2015.

_____
UNITED STATES MAGISTRATE JUDGE