United States District Court
Southern District of Texas
FILED

JAN 25 2016

David J. Bradley, Clerk

IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIANO ALVAREZ,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 7:15-CV-00280<br><br>Case No. 7:07-CR-00144-1 |

## ORDER

It is hereby ORDERED that the United States' Motion for Leave to File Oversized Response is GRANTED.

SIGNED this 25th day of January 2016.

_____
UNITED STATES MAGISTRATE JUDGE